## 67350. TIMMONS v. THE STATE.

BANKE, Judge.

This is an appeal from an order denying the defendant's plea of former jeopardy in a prosecution for driving under the influence of alcohol or drugs. The defendant having failed to comply with an order entered pursuant to Rule 14 (Code Ann. § 24-3614) of this court directing him to file an enumeration of errors and brief, the appeal is hereby dismissed.

*Appeal dismissed. Deen, P. J., and Carley, J., concur.*

DECIDED NOVEMBER 1, 1983.

*Steven T. Maples,* for appellant.

*John R. Thompson, Solicitor, Linda S. Finley, Assistant Solicitor,* for appellee.